IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICH REALTY, INC., and | § | |
| CARSON M. GRAY | § | |
| | § | No. 241, 2014 |
| Plaintiffs Below- | § | |
| Appellants, | § | Court Below: Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| MEYERSON & O'NEILL, | § | |
| SHELSBY & LEONI, P.A., | § | |
| JACK MEYERSON and | § | |
| GILBERT F. SHELSBY | § | C.A. No. N13C06270 |
| | § | |
| Defendants Below- | § | |
| Appellees. | § | |

Submitted: October 22, 2014
Decided: October 23, 2014

Before **STRINE**, Chief Justice, **HOLLAND** and **RIDGELY**, Justices.

### *O R D E R*

On this 23rd day of October 2014, after careful consideration of the parties' briefs, we find that the Superior Court's judgment should be affirmed on the basis of its well-reasoned Opinion, dated April 14, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice